**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 15-cv-00018-GPG

LEILA McCOY, Individually & Next Friend to EC, CC, LC, JCM,

    Plaintiff,

v.

COLORADO SPRINGS POLICE DEPT,
OFC RICHARDSON, Individually & Professional Capacity,
OFC PARKS, Individually & Professional Capacity, and
SGT LEDBETTER, Individually & Professional Capacity,

    Defendants.

---

## MINUTE ORDER

ORDER ENTERED BY MAGISTRATE JUDGE GORDON P. GALLAGHER

    On January 12, 2015, Plaintiff filed a Motion to Add a Claim, ECF No.5. The Motion to Add a Claim is improperly submitted and is denied, because "[a]n amended complaint 'supersedes the pleading it modifies and remains in effect throughout the action unless it subsequently is modified.' "  *See Hooten v. Ikard Servi Gas*, No. 12-2179, 2013 WL 1846840 at *4 (10th Cir. May 3, 2013) (quoting *Giles v. United States*, 906 F.2d 1386, 1389 (10th Cir. 1990)).

    If Plaintiff desires to amend her Complaint, she is directed to submit an Amended Complaint on a Court-approved form (all sections of the form are to be completed), which she can find at www.cod.uscourts.gov under "forms."  If Plaintiff fails to file an Amended Complaint within thirty days the Court will proceed to determine the merits of only the original Complaint.  No further amending will be allowed without a showing of just cause.

    Finally, Plaintiff's Motion for Permission for Electronic Case Filing, ECF No. 7, is denied as an improper request.  The proper form to register for ECF Account-Pro Se is located on the United States District Court for the District of Colorado's website under "E-Filing (ECF)".

Dated:  January 15, 2015